UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| **JAVIER DIAZ,** | : | Intent to Distribute 5 Kilograms or More of |
| **also known as "Perucho",** | : | Cocaine and 50 Grams or More of Cocaine |
| **Defendant.** | : | Base) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

From at least 2001, the exact date being unknown to the United States, and continuing thereafter up to and including January 2005, within the District of Columbia and elsewhere, **JAVIER DIAZ, also known as "Perucho"**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii), and a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and

substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

    (**Conspiracy to Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

        KENNETH L. WAINSTEIN
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 451-058

BY: _____
        GEORGE ELIOPOULOS, Bar No. 390601
        Assistant United States Attorney
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4814
        Washington, D.C. 20530
        (202) 514-7294