UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNSEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **Filed Under Seal** |
| v. | : | Criminal No. 05-248 (JR) |
| JAVIER DIAZ, | : | **FILED** |
| Defendant. | : | MAR 3 0 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE BASED
UPON DEFENDANT'S SUBSTANTIAL ASSISTANCE TO THE GOVERNMENT

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves, pursuant to Title 18, United States Code, Section 3553(e), and Section 5K1.1 of the Federal Sentencing Guidelines, for a downward departure due to the defendant's substantial assistance to the United States. In support of this motion, the United States relies on the following factual points and legal authorities:

FACTUAL BACKGROUND

On June 30, 2005, defendant Javier Diaz pleaded guilty before this Court to conspiracy to distribute and possess with the intent to distribute 5 kilograms or more of cocaine and 50 grams or more of cocaine base, in the form known as crack, in violation of Title 21, United States Code, Section 846. As a part of the defendant's written plea agreement, he agreed to cooperate in the investigation and prosecution of others with hopes that the government would file a downward departure motion pursuant to Title 18, United States Code, Section 3553(e), and Section 5K1.1 of the Federal Sentencing Guidelines.

The United States files this downward departure motion for the sentencing hearing presently



Page 1 of 5

MAR 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

scheduled for March 30, 2007.

## ARGUMENT

I.  The defendant's cooperation with the United States merits a downward departure based upon substantial assistance to the government.

Title 18, United States Code, Section 3553(e), and Section 5K1.1 of the Federal Sentencing Guidelines authorize a sentencing court to reduce a defendant's sentence due to his or her substantial assistance to the United States. In this case, this Court should depart downward, consistent with the law, from any statutory sentence or sentencing guideline range applicable to this defendant because he provided substantial assistance to the United States in the investigation and prosecution of others.

The defendant's cooperation included meeting with law enforcement officers on numerous occasions during which he detailed his personal involvement in the distribution of illegal narcotics, and provided significant intelligence on the drug trafficking activity of co-conspirator Sergio Orellana and others. Additionally, he assisted law enforcement in properly identifying one of his co-conspirators. The defendant was also an available and willing witness for the government before any grand jury or trial involving his co-conspirators. While the government did not need to use Diaz as a witness because the cases of his co-conspirators were disposed of short of trial, Diaz's cooperation assisted in the convictions of Orellana and many of his other co-conspirators.

Based upon these facts, and any additional facts presented at the sentencing hearing, a substantial departure, pursuant to Title 18, United States Code, Section 3553(e), and Section 5K1.1 of the Federal Sentencing Guidelines, should be granted based upon the defendant's substantial

assistance to the United States.

WHEREFORE, the United States respectfully requests that this Honorable Court depart downward substantially based upon the defendant's substantial assistance to the United States.

> Respectfully submitted,
>
> JEFFREY A. TAYLOR
> UNITED STATES ATTORNEY
> D.C. BAR NUMBER 498610
>
> BY: _/s/_
> GEORGE P. ELIOPOULOS
> Assistant U.S. Attorney
> Bar Number 390601
> Organized Crime & Narcotics
>   Trafficking Section
> 555 4th Street, N.W., Room 4118
> Washington, D.C. 20530
> (202) 514-7294

CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing to be served this 29th day of March, 2007, by first class mail, postage prepaid, and by facsimile to (202) 332-8057, to Heather Shaner, Esquire, 1702 S Street, N.W., Washington, D.C. 20009.

_____
GEORGE P. ELIOPOULOS
Assistant U.S. Attorney